# EXHIBIT B

**Patent Claims Analysis**
**of**
**US10021380: "Faster state transitioning for continuous adjustable 3Deeps filter spectacles using multi-layered variable tint materials"**

**against**
**Qualcomm Vision Intelligence Platform**

# US10021380B1
United States

| | |
|---|---|
| Inventor | Kenneth Martin Jacobs, Ronald Steven Karpf |
| Current Assignee | Vdpp LLC Visual Effect Innovations LLC |

Worldwide applications

2017 ~~US US~~ 2018 US

| Claims priority from a provisional application | 01/23/2001 | Expired |
|---|---|---|

Total patentTerm Adjustments
0

CLAIMS

1. A method for generating modified video, the method comprising:

acquiring a source video comprising a sequence of image frames, each of the image frames being associated with a respective chronological position in the sequence;

identifying a first image frame associated with a first chronological position in the sequence of the source video and a second image frame associated with a second chronological position in the sequence of the source video;

expanding the first image frame to generate a modified first image frame, wherein the modified first image frame is different from the first image frame;

expanding the second image frame to generate a modified second image frame, wherein the modified second image frame is different from the second image frame;

combining the modified first image frame and the modified second image frame to generate a modified combined image frame, the modified combined image frame having first and second opposing sides defining a first dimension and third and fourth opposing sides defining a second dimension; and

displaying the modified combined image frame.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. A method for generating modified video, the method comprising: | *Qualcomm Vision Intelligence Platform implements the Method of Claim 1.*<br><br>[Qualcomm Snapdragon 625 IP Camera image]<br><<https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/documents/vison-intelligence-100-200-product-brief_87-pg761-1-d_0.pdf>><br>© 2019 |
| 1.1 | acquiring a source video comprising a sequence of image frames, each of the image frames being associated with a respective chronological position in the sequence; | *Two consecutive image frames are read in from storage for acquisition.*<br><br>*[Note: This is necessary in order to do Electronic Image Stabilization (EIS).]*<br><br>[Image: Camera: Temporal Nosie Reduction (TNR), stagger High Data Rate (sHDR) snapshot and video, **Electronic Image Stabilization (EIS)**, Lens Distortion Correction (LDC), Chromatic Aberration Correction (CAC), Edge Smooth, etc.]<br><<https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/documents/vison-intelligence-100-200-product-brief_87-pg761-1-d_0.pdf>><br>© 2019 |
| 1.2 | identifying a first image frame associated with a first chronological position in the sequence of the source video and a second image frame associated with a second chronological position in the sequence of the source video; | *Two consecutive image frames are read in from storage for identification.*<br><br>*[Note: This is necessary in order to do Electronic Image Stabilization (EIS).]* |

| | | |
|---|---|---|
| | | • Camera: Temporal Nosie Reduction (TNR), stagger High Data Rate (sHDR) snapshot and video, **Electronic Image Stabilization (EIS)**, Lens Distortion Correction (LDC), Chromatic Aberration Correction (CAC), Edge Smooth, etc.<br><https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/documents/vison-intelligence-100-200-product-brief_87-pg761-1-d_0.pdf><br>© 2019 |
| 1.3 | expanding the first image frame to generate a modified first image frame, wherein the modified first image frame is different from the first image frame; | *The first image frame is expanded (scaled) to generate a modified first image frame.*<br><br>*Since the modified first image frame is expanded from the first image frames - they are different.* |
| 1.4 | expanding the second image frame to generate a modified second image frame, wherein the modified second image frame is different from the second image frame; | *The second image frame is expanded (scaled) to generate a modified second image frame.*<br><br>*Since the modified second image frame is expanded from the second image frames - they are different.* |
| 1.5 | combining the modified first image frame and the modified second image frame to generate a modified combined image frame, | *Qualcomm Vision Intelligence Platform combines the modified (scaled) first and second image frame, and combines them - generating a modified combined image frame (which is the Electronic Image Stabilization (EIS) frame).*<br><br>• Camera: Temporal Nosie Reduction (TNR), stagger High Data Rate (sHDR) snapshot and video, **Electronic Image Stabilization (EIS)**, Lens Distortion Correction (LDC), Chromatic Aberration Correction (CAC), Edge Smooth, etc.<br><https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/documents/vison-intelligence-100-200-product-brief_87-pg761-1-d_0.pdf><br>© 2019 |
| 1.6 | the modified combined image frame having first and second opposing sides defining a first | *The implication of this clause is that the image displayed is a rectangle.* |

| | | |
|---|---|---|
| | dimension and third and fourth opposing sides defining a second dimension; and | 1080p60 HEVC<br><https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/documents/vison-intelligence-100-200-product-brief_87-pg761-1-d_0.pdf><br>© 2019<br><br>*This means the screen opposing sides are of equal dimension (the display screen is rectangular in shape).* |
| 1.7 | displaying the modified combined image frame. | *The modified combined image frame is displayed. (i.e., the Electronic Image Stabilization (EIS) video frame is displayed.)* |
| | | Note 1: **Image Stabilization** (or Real-time Digital Image Stabilization (DIS), also called Electronic Image Stabilization (**EIS**)) is used to counteract movement. This technique shifts the electronic image from frame to frame of video, enough to counteract motion.<br><br>This is Image Stabilization in pictures - -<br><br>[camera shake down / camera shake up / camera shake up and right]<br><br>Image Stabilization:<br>(1) Reads in consecutive video images to decide how to crop the frames based on information in consecutive frame, and;<br>(2) **Up-scales** the cropped frames to the desired resolution for display.<br><br>Note 2: Not all displays are rectangular in shape. For instance, projector displays are not rectangular in shape. |